UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MYRNA MELENDEZ, individually and on                               :
behalf of all others similarly situated,                          :
                                                                  :        24-CV-09500 (JAV)
                           Plaintiff,                             :
                                                                  :        SCHEDULING ORDER ON
           -v-                                                    :        MOTION TO REMAND
                                                                  :
R.W. GARCIA CO. INC,                                              :
                                                                  :
                           Defendant.                             :
                                                                  X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      On December 14, 2024, Plaintiff moved for leave of this Court for an Order to remand this case to the New York State Supreme Court, New York County. (ECF No. 6). It is hereby ORDERED that any opposition to Plaintiff's motion by Defendant, shall be filed by **January 16, 2025.** Any reply shall be filed by **January 30, 2025.**

      SO ORDERED.

Dated: December 17, 2024
       New York, New York
                                                  JEANNETTE A. VARGAS
                                                  United States District Judge